**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Andre Lamar COLLIER, Defendant–Appellant.**

**No. 08–11071
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 18, 2009.

Steven M. Sucsy, Assistant U.S. Attorney, U.S. Attorney's Office, Lubbock, TX, for Plaintiff–Appellee.

Jerry V. Beard, Assistant Federal Public Defender, Federal Public Defender's Office, Fort Worth, TX, Helen Miller Liggett, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DAVIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Andre Lamar Collier presents arguments that are foreclosed by *United States v. Harrimon*, 568 F.3d 531, 532 (5th Cir. 2009), which held that a violation of Texas Penal Code § 38.04(b)(1) is a violent felony for purposes of the Armed Career Criminal Act, and *United States v. Brown*, 920 F.2d 1212, 1216–17 (5th Cir.1991), *abrogated on other grounds by United States v. Candia*, 454 F.3d 468, 472–73 (5th Cir. 2006), which held that a district court may order a term of imprisonment to run consecutively to an unimposed state sentence. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.